

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-16-00404-CV

**CITY OF LAREDO**,
Appellant

v.

Priscilla **RANGEL**, individually and as next friend of Andrea Adalpe, a minor,
Appellee

From the 341st Judicial District Court, Webb County, Texas
Trial Court No. 2013-CVT-002103 D3
Honorable Rebecca Ramirez Palomo, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE BARNARD, AND JUSTICE MARTINEZ

In accordance with this court's opinion of this date, appellant's motion to dismiss is GRANTED and this appeal is DISMISSED. Costs of appeal are taxed against the party incurring same.

SIGNED September 28, 2016.

_____
Karen Angelini, Justice